FILED by _____ D.C.

FEB 23 2016

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
Clerk of Court

Appeals Section

Date: 2/23/2016

*Supreme Court*

Clerk, United States ~~Court of Appeals~~

**ROA**

IN RE: District Court No: 13-62770-CV  KAM

U.S.C.A No: 15-06418-

Style: GREOGRY WELCH V. UNITED STATES OF AMERICA

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- 0 Volume(s) of pleadings
- 0 Volume(s) of Transcripts
- Exhibits: 0 boxes; 1 folders;
- 0 envelopes; 1 PSIs (sealed)
- ☐ other: _____
- ☐ other: _____
- ☑ Other: CONTAINING DE's 2.20-24 & 26-28 (09cr60212)
- ☐ Other: _____

Sincerely,
Steven M. Larimore, Clerk,

By: _____ Deputy Clerk
Date: 2/23/16

Attachment
c: court file

S/F A-15
Rev. 10/94

☒ 400 N. Miami Avenue
Miami, Fl 33128-7716
305-523-5080

☐ 299 E. Broward Boulevard
Ft. Lauderdale, Fl 33301
954-769-5413

☐ 701 Clematis Street
West Palm Beach, Fl 33401
561-803-3408

# U.S.D.C. CASE # <u>13-62770-CV</u>

# U.S.C.A. CASE # <u>15-06418-</u>

This Record on Appeal also contains a sealed Pre-Sentence Report/PSI for the following defendant(s):

**GREGORY WELCH**

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

February 8, 2016

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**Re: No. 15-6418   Gregory Welch v. United States**
(Your No. 14-15733)

Dear Clerk:

Pursuant to Rule 12.7 of the Rules of the Supreme Court of the United States, you are requested to certify and transmit immediately the entire record (including transcripts) in the above case to this office. Please indicate in this transmittal all exhibits, lodgings, and briefs that have been filed. **You must also transmit a numbered list specifically identifying each document transmitted.** All cassettes, disks, tapes and any article of a similar material must be sent via commercial carrier, not via the United States mail.

Please be certain to include a transmittal letter referencing this Court's docket number. It is critical that you note if the record, or any portion of the record, has been sealed or contains confidential information. If this type of information is contained in the record, these documents must be enclosed in a separate envelope or box and marked accordingly.

If your court is not in possession of the lower court record, please forward a copy of this letter and a request for the lower court to transmit its record directly to this office.

Hard copies of record materials available electronically do not need to be transmitted. Instead you should provide this office with the web address where the materials are available.

If you have any questions please contact me. Your prompt attention to this matter will be greatly appreciated.

Kindly acknowledge receipt of this letter.

Sincerely,

**Scott S. Harris**, Clerk

by


Kevin C. Brown
Assistant Clerk
202-479-3013




cc: Counsel of Record

2255,CLOSED

# U.S. District Court
# Southern District of Florida (Ft Lauderdale)
# CIVIL DOCKET FOR CASE #: 0:13-cv-62770-KAM
# Internal Use Only

Welch v. United States of America
Assigned to: Judge Kenneth A. Marra
Case in other court: USDC Southern FL, 09-60212-CR-MARRA
USCA, 14-15733-C
Cause: 28:2255 Motion to Vacate Sentence

Date Filed: 12/20/2013
Date Terminated: 12/09/2014
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Gregory Welch**     represented by **Gregory Welch**
73675-004
Coleman Medium
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 1032
Coleman, FL 33521
PRO SE

V.

**Defendant**

**United States of America**     represented by **Jennifer Andrene Keene**
United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33301-3002
954-660-5796
Fax: 356-7336
Email: Jennifer.Keene@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noticing 2255 US Attorney**
Email: usafls-2255@usdoj.gov
*TERMINATED: 01/30/2014*
*ATTORNEY TO BE NOTICED*

[Certified to be a true and correct copy of the document on file. Steven M. Larimore, Clerk, U.S. District Court, Southern District of Florida. By Deputy Clerk. Date 2/23/16]

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2013 | 1 | Judge Assignment to Judge Kenneth A. Marra (jc) (Entered: 12/20/2013) |

| | | |
|---|---|---|
| 12/20/2013 | 2 | MOTION (Complaint) to Vacate Sentence (2255). NOTE: All further docketing is to be done in the civil case. (Criminal Case # 09-60212-CR-MARRA), filed by Gregory Welch.(jc) (Entered: 12/20/2013) |
| 12/20/2013 | 3 | Clerks Notice of Magistrate Judge Assignment to Magistrate Judge Patrick A. White. Pursuant to Administrative Order 2003-19 for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters. (jc) (Entered: 12/20/2013) |
| 01/02/2014 | 4 | INITIAL ORDER OF INSTRUCTIONS TO PRO SE LITIGANT. Signed by Magistrate Judge Patrick A. White on 12/31/2013. (br) (Entered: 01/02/2014) |
| 01/02/2014 | 5 | ORDER TO SHOW CAUSE that on or before forty-five days from the date of this order, the respondent shall file a memorandum of fact and law to show cause why this motion should not be granted. Signed by Magistrate Judge Patrick A. White on 12/31/2013. (br) (Entered: 01/02/2014) |
| 01/30/2014 | 6 | Notice of Reassignment of Assistant U.S. Attorney by Jennifer Andrene Keene on behalf of United States of America Attorney Noticing 2255 US Attorney terminated.. Attorney Jennifer Andrene Keene added to party United States of America(pty:dft). (Keene, Jennifer) (Entered: 01/30/2014) |
| 02/10/2014 | 7 | RESPONSE TO ORDER TO SHOW CAUSE re 5 Order to Show Cause, by United States of America. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14)(Keene, Jennifer) (Entered: 02/10/2014) |
| 02/10/2014 | 8 | ANSWER to 2 Motion (Complaint) to Vacate Sentence (2255) by United States of America. (See DE 7 for image). (ar2) Modified text on 2/11/2014 (ar2). (Entered: 02/11/2014) |
| 02/11/2014 | 9 | Clerks Notice to Filer Re: 7 Response to Order to Show Cause. **Wrong Event Selected**; ERROR - The Filer selected the wrong event. The document was re-docketed by the Clerk, see [DE 8] Answer to Complaint. It is not necessary to refile this document. (ar2) (Entered: 02/11/2014) |
| 03/04/2014 | 10 | NOTICE of Inquiry by Gregory Welch. (Copy of docket sheet sent). (ar2) (Entered: 03/04/2014) |
| 03/11/2014 | 11 | MOTION for Extension of Time to File Response/Reply as to 8 Answer to Complaint by Gregory Welch. (ar2) (Entered: 03/11/2014) |
| 03/12/2014 | 12 | ORDER granting movant's 11 Motion for Extension of Time to File Response/Reply re 11 to government's response to this court's order to show cause. Movant is cautioned, however, that any new or additional arguments/claims not previously made must relate back to his initially filed 2255 motion pursuant to Davenport v. United States, 217 F.3d 1341 (11 Cir. 2000).Movant's reply shall be filed no later than April 10, 2014. No further extensions will be granted absent a show cause hearing. Signed by Magistrate Judge Patrick A. White on 3/12/2014. (nn) (Entered: 03/12/2014) |
| 03/19/2014 | 13 | CERTIFICATE OF SERVICE by United States of America (Attachments: # 1 Exhibit)(Keene, Jennifer) (Entered: 03/19/2014) |

| 04/10/2014 | 14 | RESPONSE to 8 Answer to Complaint by Gregory Welch. (yha) (Entered: 04/10/2014) |
|---|---|---|
| 04/10/2014 | 15 | RESPONSE/REPLY to 7 Answer to Motion (Complaint) to Vacate Sentence (2255) by Gregory Welch. (ar2) (Entered: 04/11/2014) |
| 08/22/2014 | 16 | NOTICE of Inquiry by Gregory Welch. (Docket sheet sent). (ar2) (Entered: 08/22/2014) |
| 09/29/2014 | 17 | REPORT AND RECOMMENDATIONS on 28 USC 2255 case re 2 Motion (Complaint) to Vacate/Set Aside/Correct Sentence (2255) filed by Gregory Welch. Recommending that this motion to vacate be denied on the merits, that any pending motions not otherwise ruled upon be denied as moot, that a certificate of appealability be denied; and, the case closed. Objections to R&R due by 10/17/2014 Signed by Magistrate Judge Patrick A. White on 9/29/2014. (tw) (Entered: 09/29/2014) |
| 10/17/2014 | 18 | OBJECTIONS to 17 Report and Recommendations by Gregory Welch. (ar2) (Entered: 10/17/2014) |
| 12/09/2014 | 19 | FINAL JUDGMENT ORDER ADOPTING 17 REPORT AND RECOMMENDATIONS denying 1 petition to vacate pursuant to 2255. Certificate of Appealability: DENIED. This case is CLOSED. Signed by Judge Kenneth A. Marra on 12/8/2014. (ir)<br><br>**NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated to be permanently sealed. See Local Rule 5.4 and Administrative Order 2014-69.** (Entered: 12/09/2014) |
| 12/10/2014 | 20 | Case No Longer Referred to Magistrate Judge Patrick A. White/Case Closed by the District Judge. Signed by Magistrate Judge Patrick A. White on 12/10/2014. (br) (Entered: 12/10/2014) |
| 12/23/2014 | 21 | Notice of Appeal as to 19 Order Adopting Report and Recommendations, by Gregory Welch. Filing Fee: (FEE NOT PAID). Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under Transcript Information. (amb) (Entered: 12/23/2014) |
| 12/23/2014 |  | Transmission of Notice of Appeal, Order Under Appeal and Docket Sheet to US Court of Appeals re 21 Notice of Appeal, Notice has been electronically mailed. (amb) (Entered: 12/23/2014) |
| 12/24/2014 | 22 | Acknowledgment of Receipt of NOA from USCA re 21 Notice of Appeal, filed by Gregory Welch. Date received by USCA: 12/23/2014. USCA Case Number: 14-15733-C. (amb) (Entered: 12/24/2014) |
| 01/13/2015 | 23 | TRANSCRIPT INFORMATION FORM by Gregory Welch re 21 Notice of Appeal,. No Transcript Requested. (amb) (Entered: 01/13/2015) |
| 01/13/2015 | 24 | MOTION for Leave to Appeal in forma pauperis by Gregory Welch. (amb) (Entered: 01/13/2015) |

| 03/23/2015 | 25 | ORDER granting 24 Motion for Leave to Appeal in forma pauperis. Signed by Judge Kenneth A. Marra on 3/23/2015. (ir) (Entered: 03/23/2015) |
| 06/09/2015 | 26 | ORDER of DISMISSAL from USCA. Gregory Welch's motion for a certificate of appealability is DENIED because he has failed to make a substantial showing of the denial of a constitutional right. Welch's motion for appointment of counsel is DENIED AS MOOT re 21 Notice of Appeal, filed by Gregory Welch. USCA #14-15733-C (amb) (Entered: 06/09/2015) |

2255,APPEAL,REF_PTRL

# U.S. District Court
## Southern District of Florida (Ft Lauderdale)
## CRIMINAL DOCKET FOR CASE #: 0:09-cr-60212-KAM-1
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Welch | Date Filed: 08/20/2009<br>Date Terminated: 09/20/2010 |

Assigned to: Judge Kenneth A. Marra
Referred to: Magistrate Judge Ann E. Vitunac

Appeals court case number: 10-14649-AA USCA

### Defendant (1)

**Gregory Welch**
*TERMINATED: 09/20/2010*

represented by **Gregory Welch**
Coleman Medium
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 1032
Coleman, FL 33521
PRO SE

**Brenda Greenberg Bryn**
Federal Public Defender's Office
One East Broward Boulevard
Suite 1100
Fort Lauderdale, FL 33301
954-356-7436
Fax: 954-356-7556
Email: Brenda_Bryn@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

**Peter Vincent Birch**
Federal Public Defender's Office
450 Australian Avenue
Suite 500
West Palm Beach, FL 33401
561-833-6288
Email: Peter_Birch@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



*Designation: Public Defender Appointment*

**Robert E. Adler**
Federal Public Defender's Office
450 Australian Avenue
Suite 500
West Palm Beach, FL 33401-5040
561-833-6288
Fax: 833-0368
Email: robert_adler@fd.org
*TERMINATED: 02/24/2010*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| CARRYING/USING FIREARMS (1) | 180 months BOP, three years supervised release, $100 special assessment |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**
**USA**  represented by  **Jason Linder**
United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33301-3002
954-660-5789
Fax: 954-356-7336
Email: jason.linder@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Andrene Keene**
United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33301-3002
954-660-5796
Fax: 356-7336
Email: Jennifer.Keene@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William H. Beckerleg , Jr.**
United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33301-3002
954-356-7314X3614
Fax: 356-7180
Email: william.h.beckerleg@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/20/2009 | 1 | INDICTMENT as to Gregory Welch (1) count(s) 1. FORFEITURE ATTACHED (dd) (Entered: 08/20/2009) |
| 08/20/2009 | 2 | (Court only) *** Arrest Warrant Issued by Magistrate Judge Lurana S. Snow as to Gregory Welch. Bond Amount SPTD Requested. (dd) (Entered: 08/20/2009) *See Sealed Envelope #1* |
| 12/08/2009 | 3 | ORDER Transferring to Fugitive Status as to Gregory Welch. Signed by Judge Kenneth A. Marra on 12/8/2009. (lk) (Entered: 12/08/2009) |
| 02/23/2010 | 4 | Minute Entry for proceedings held before Magistrate Judge Linnea R. Johnson: Initial Appearance as to Gregory Welch held on 2/23/2010. (Digital 10:11:33.) (Tape #LRJ 10-6-217.) (sa) (Entered: 02/23/2010) |
| 02/23/2010 | 5 | Order on Initial Appearance as to Gregory Welch for proceeding held on 2/23/2010. AFPD Robert E. Adler added for the defendant. Tape #LRJ 10-6-217. (Digital 10:11:33.), ( Arraignment and Detention Hearing set for 3/1/2010 at 10:00 AM in West Palm Beach Division before Magistrate Judge Linnea R. Johnson.) Signed by Magistrate Judge Linnea R. Johnson on 2/23/2010. (sa) (Entered: 02/23/2010) |
| 02/24/2010 | 6 | Notice of Assignment of Assistant Federal Public Defender as to Gregory Welch. Attorney Peter Vincent Birch added. Attorney Robert E. Adler terminated. (Birch, Peter) (Entered: 02/24/2010) |
| 02/24/2010 | 7 | Invocation of Right to Silence and Counsel *Defendant's Invocation of Right to Silence and Counsel* by Gregory Welch (Birch, Peter) (Entered: 02/24/2010) |

| | | |
|---|---|---|
| 02/24/2010 | 8 | DEMAND for Disclosure of Expert Witness Summaries as to Gregory Welch *Notice of Request for Disclosure of Expert Witness Summaries* (Birch, Peter) (Entered: 02/24/2010) |
| 03/01/2010 | 9 | Minute Entry for proceedings held before Magistrate Judge Linnea R. Johnson: Arraignment as to Gregory Welch (1) Count 1 held on 3/1/2010, Detention Hearing as to Gregory Welch held on 3/1/2010. Defendant ordered detained. Written Order to follow. (Digital 10:12:30.) (Tape #LRJ 10-7-167.) (sa) (Entered: 03/01/2010) |
| 03/01/2010 | 10 | ORDER RE: SPEEDY TRIAL, PRETRIAL MATTERS as to Gregory Welch. Signed by Magistrate Judge Linnea R. Johnson on 3/1/2010. (sa) (Entered: 03/01/2010) |
| 03/01/2010 | 11 | STANDING DISCOVERY ORDER as to Gregory Welch. All motions concerning matters not covered by this order must be filed within 28 days of this order. Signed by Magistrate Judge Linnea R. Johnson on 3/1/2010. (sa) (Entered: 03/01/2010) |
| 03/01/2010 | 12 | ARRAIGNMENT INFORMATION SHEET. Not Guilty Plea entered as to Gregory Welch (1) Count 1. Court accepts plea. Arraignment held on 3/1/2010 before Magistrate Judge Linnea R. Johnson. (sa) (Entered: 03/01/2010) |
| 03/01/2010 | 13 | DETENTION ORDER as to Gregory Welch. Signed by Magistrate Judge Linnea R. Johnson on 3/1/2010. (sa) (Entered: 03/01/2010) |
| 03/01/2010 | 14 | SCHEDULING ORDER as to Gregory Welch: Calendar Call set for 4/16/2010 09:00 AM in West Palm Beach Division before Judge Kenneth A. Marra., Jury Trial set for 4/19/2010 09:00 AM in West Palm Beach Division before Judge Kenneth A. Marra. ORDER REFERRING CASE to Magistrate Judge Ann E. Vitunac as to Gregory Welch for Pretrial. Signed by Judge Kenneth A. Marra on 3/1/2010. (ir) (Entered: 03/01/2010) |
| 03/16/2010 | 15 | NOTICE of filing receipt of correspondence by Gregory Welch (ir) (Entered: 03/16/2010) |
| 03/29/2010 | 16 | Defendant's MOTION to Suppress Evidence by Gregory Welch. (Birch, Peter) (Entered: 03/29/2010) |
| 03/29/2010 | 17 | MOTION for Hearing *Request for Hearing* by Gregory Welch. Responses due by 4/15/2010 (Birch, Peter) (Entered: 03/29/2010) |
| 03/29/2010 | 18 | Unopposed MOTION to Continue Trial by Gregory Welch. Responses due by 4/15/2010 (Birch, Peter) (Entered: 03/29/2010) |
| 04/01/2010 | 19 | ORDER granting 17 Motion for Hearing as to Gregory Welch (1). Signed by Judge Kenneth A. Marra on 4/1/2010. (ir) (Entered: 04/01/2010) |
| 04/01/2010 | | Set hearing as to Gregory Welch 16 Defendant's MOTION to Suppress Evidence. Motion Hearing set for 4/22/2010 02:00 PM in West Palm Beach Division before Judge Kenneth A. Marra. (ir) (Entered: 04/01/2010) |

| 04/15/2010 | | SYSTEM ENTRY - Docket Entry 20 restricted/sealed until further notice. (dj) (Entered: 04/11/2011) |
|---|---|---|
| 04/15/2010 | | SYSTEM ENTRY - Docket Entry 21 restricted/sealed until further notice. (dj) (Entered: 04/11/2011) |
| 04/15/2010 | | SYSTEM ENTRY - Docket Entry 22 restricted/sealed until further notice. (dj) (Entered: 04/11/2011) |
| 04/15/2010 | | SYSTEM ENTRY - Docket Entry 23 restricted/sealed until further notice. (dj) (Entered: 04/11/2011) |
| 04/23/2010 | | SYSTEM ENTRY - Docket Entry 24 restricted/sealed until further notice. (dj) (Entered: 04/11/2011) |
| 04/26/2010 | 25 | NOTICE RESETTING MOTION TO SUPPRESS HEARING as to Gregory Welch: Motion Hearing reset for 4/28/2010 02:00 PM in West Palm Beach Division before Judge Kenneth A. Marra. (ir) (Entered: 04/26/2010) |
| 04/26/2010 | | SYSTEM ENTRY - Docket Entry 26 restricted/sealed until further notice. (dj) (Entered: 04/11/2011) |
| 04/26/2010 | | SYSTEM ENTRY - Docket Entry 27 restricted/sealed until further notice. (dj) (Entered: 04/11/2011) |
| 04/27/2010 | | SYSTEM ENTRY - Docket Entry 28 restricted/sealed until further notice. (dj) (Entered: 04/11/2011) |
| 04/28/2010 | 29 | RESPONSE in Opposition by USA as to Gregory Welch re 16 Defendant's MOTION to Suppress Evidence (Linder, Jason) (Entered: 04/28/2010) |
| 04/28/2010 | 30 | Minute Entry for proceedings held before Judge Kenneth A. Marra: Motion Hearing as to Gregory Welch held on 4/28/2010 re 16 Defendant's MOTION to Suppress Evidence filed by Gregory Welch. Court Reporter: Stephen Franklin, 561-514-3768 / Stephen_Franklin@flsd.uscourts.gov (ir) (Entered: 04/28/2010) |
| 05/28/2010 | 31 | ORDER denying 16 Motion to Suppress as to Gregory Welch (1). Signed by Judge Kenneth A. Marra on 5/28/2010. (ir) (Entered: 05/28/2010) |
| 06/03/2010 | 32 | NOTICE OF HEARING as to Gregory Welch: Change of Plea Hearing set for 6/18/2010 09:30 AM in West Palm Beach Division before Judge Kenneth A. Marra. (ir) (Entered: 06/03/2010) |
| 06/18/2010 | 33 | Minute Entry for proceedings held before Judge Kenneth A. Marra: Change of Plea Hearing as to Gregory Welch held on 6/18/2010 Gregory Welch (1) Guilty Count 1. Court Reporter: Stephen Franklin, 561-514-3768 / Stephen_Franklin@flsd.uscourts.gov (ir) (Entered: 06/18/2010) |
| 06/18/2010 | 34 | VACATED PLEA AGREEMENT/FACTUAL PROFFER STATEMENT as to Gregory Welch (ir) See DE 42 and 43 Modified on 9/20/2010 (ir). (Entered: 06/18/2010) |

Handwritten annotations: "See Sealed Envelope", "See Sealed Envelope #1"

| 06/18/2010 | 35 | NOTICE/ORDER OF SENTENCING as to Gregory Welch: Sentencing set for 9/10/2010 03:00 PM in West Palm Beach Division before Judge Kenneth A. Marra. (ir) (Entered: 06/18/2010) |
|---|---|---|
| 08/09/2010 | 36 | NOTICE RESETTING SENTENCING as to Gregory Welch: Sentencing reset for 9/17/2010 03:00 PM in West Palm Beach Division before Judge Kenneth A. Marra. (ir) (Entered: 08/09/2010) |
| 08/20/2010 | 37 | OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT by Gregory Welch (Birch, Peter) (Entered: 08/20/2010) |
| 09/15/2010 | 38 | SENTENCING MEMORANDUM by Gregory Welch (Attachments: # 1 Appendix)(Birch, Peter) (Entered: 09/15/2010) |
| 09/16/2010 | 39 | NOTICE *of Filing* by Gregory Welch re 37 Objections to Presentence Investigation Report (Attachments: # 1 Attachments)(Birch, Peter) (Entered: 09/16/2010) |
| 09/16/2010 | 40 | SUPPLEMENT to 37 Objections to Presentence Investigation Report filed by Gregory Welch by Gregory Welch (Birch, Peter) Modified on 9/17/2010 (ls). (Entered: 09/16/2010) |
| 09/17/2010 | 41 | RESPONSE to 37 Objections to Presentence Investigation Report by USA as to Gregory Welch (Linder, Jason) (Entered: 09/17/2010) |
| 09/17/2010 | 🔒 | (Court only) ***Procedural Interval P2 start Count One as to Gregory Welch (ir) (Entered: 09/20/2010) |
| 09/17/2010 | 42 | Minute Entry for proceedings held before Judge Kenneth A. Marra: Change of Plea Hearing as to Gregory Welch held on 9/17/2010 Gregory Welch (1) Guilty Count 1. Prior plea of 6/18/10 is VACATED. Court Reporter: Stephen Franklin, 561-514-3768 / Stephen_Franklin@flsd.uscourts.gov (ir) (Entered: 09/20/2010) |
| 09/17/2010 | 43 | PLEA AGREEMENT/FACTUAL PROFFER STATEMENT as to Gregory Welch (ir) (Entered: 09/20/2010) |
| 09/17/2010 | 44 | Minute Entry for proceedings held before Judge Kenneth A. Marra: Sentencing held on 9/17/2010 as to Gregory Welch. Court Reporter: Stephen Franklin, 561-514-3768 / Stephen_Franklin@flsd.uscourts.gov (ir) (Entered: 09/20/2010) |
| 09/20/2010 | 45 | JUDGMENT as to Gregory Welch (1), Count(s) 1, 180 months BOP, three years supervised release, $100 special assessment. Signed by Judge Kenneth A. Marra on 9/20/2010. (ir) (Entered: 09/20/2010) |
| 09/30/2010 | 46 | NOTICE OF APPEAL by Gregory Welch re 45 Judgment. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under Transcript Information. (Birch, Peter) (Entered: 09/30/2010) |
| 09/30/2010 | 🔒 | (Court only) ***Procedural Interval P7 start as to Gregory Welch (mc) |

|  |  |  |
|---|---|---|
|  |  | (Entered: 10/01/2010) |
| 10/01/2010 |  | Transmission of Notice of Appeal, Judgment and Docket Sheet as to Gregory Welch to US Court of Appeals re 46 Notice of Appeal - Final Judgment. Filing Fee $(NOT REQUIRED-AFPD) (mc) (Entered: 10/01/2010) |
| 10/07/2010 | 47 | TRANSCRIPT INFORMATION FORM as to Gregory Welch re 46 Notice of Appeal - Final Judgment, filed by Gregory Welch. Plea, Change of Plea, Motion to Suppress and Sentence transcript(s) ordered. Order placed by Peter Birch. Email sent to Court Reporter Coordinator. (Birch, Peter) (Entered: 10/07/2010) |
| 10/12/2010 | 48 | Acknowledgment of Receipt of NOA from USCA as to Gregory Welch re 46 Notice of Appeal - Final Judgment, date received by USCA: 10/7/2010. USCA Case Number: 10-14649-A. (cqs) (Entered: 10/12/2010) |
| 10/14/2010 | 49 | Notice of Assignment of Assistant Federal Public Defender as to Gregory Welch. Attorney Brenda Greenberg Bryn added. Attorney Peter Vincent Birch terminated. (Bryn, Brenda) (Entered: 10/14/2010) |
| 10/21/2010 | 50 | COURT REPORTER ACKNOWLEDGMENT as to Gregory Welch re 46 Notice of Appeal - Final Judgment, 47 Transcript Information Form. Court Reporter: Stephen Franklin, 561-514-3768 / Stephen_Franklin@flsd.uscourts.gov. Estimated filing date of transcript 11/19/2010. (mc) (Entered: 10/21/2010) |
| 12/13/2010 | 51 | MOTION for Forfeiture of Property by USA as to Gregory Welch. Responses due by 12/30/2010 (Attachments: # 1 Text of Proposed Order)(Beckerleg, William) (Entered: 12/13/2010) |
| 12/13/2010 | 52 | PRELIMINARY ORDER OF FORFEITURE granting 51 Motion for Forfeiture of Property as to Gregory Welch (1). Signed by Judge Kenneth A. Marra on 12/13/2010. (ir) (Entered: 12/13/2010) |
| 12/14/2010 | 53 | TRANSCRIPT of Motion to Suppress as to Gregory Welch held on 04/28/2010 before Judge Kenneth A. Marra, 1-119 pages, re: 46 Notice of Appeal - Final Judgment, Court Reporter: Stephen Franklin, 561-514-3768 / Stephen_Franklin@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/7/2011. Redacted Transcript Deadline set for 1/18/2011. Release of Transcript Restriction set for 3/17/2011. (sf) (Entered: 12/14/2010) |
| 12/14/2010 | 54 | TRANSCRIPT of Change of Plea as to Gregory Welch held on 06/18/2010 before Judge Kenneth A. Marra, 1-25 pages, re: 46 Notice of Appeal - Final Judgment, Court Reporter: Stephen Franklin, 561-514-3768 / Stephen_Franklin@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript |

| | | |
|---|---|---|
| | | Restriction. After that date it may be obtained through PACER. Redaction Request due 1/7/2011. Redacted Transcript Deadline set for 1/18/2011. Release of Transcript Restriction set for 3/17/2011. (sf) (Entered: 12/14/2010) |
| 12/14/2010 | 55 | TRANSCRIPT of Change of Plea and Sentencing as to Gregory Welch held on 09/17/2010 before Judge Kenneth A. Marra, 1-42 pages, re: 46 Notice of Appeal - Final Judgment, Court Reporter: Stephen Franklin, 561-514-3768 / Stephen_Franklin@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/7/2011. Redacted Transcript Deadline set for 1/18/2011. Release of Transcript Restriction set for 3/17/2011. (sf) (Entered: 12/14/2010) |
| 12/16/2010 | 56 | TRANSCRIPT NOTIFICATION as to Gregory Welch - Transcript(s) ordered on: 10/7/2010 by Kathleen Williams, Esq. has/have been filed by Court Reporter: Stephen Franklin, 561-514-3768 / Stephen_Franklin@flsd.uscourts.gov re 47 Transcript Information Form,. (cqs) (Entered: 12/17/2010) |
| 01/03/2011 | 57 | NOTICE of filing receipt of correspondence by Gregory Welch (ir) (Entered: 01/03/2011) |
| 01/19/2011 | 58 | SERVICE (Proof) by Publication by USA as to Gregory Welch Last Publication date 1/13/2011. Claims/Positions/Written Defenses/Answers/etc., due by 2/15/2011. (Beckerleg, William) (Entered: 01/19/2011) |
| 02/17/2011 | 59 | Stricken by DE 61 Acknowledgment of Service on 2/10/11 by USA as to Gregory Welch 1 Lorcin Model L 380 Caliber Semo auto pistol serial #532504 and 5 rounds of Winchester.380 ammo (Beckerleg, William) Modified on 2/22/2011 (tp). (Entered: 02/17/2011) |
| 02/17/2011 | 60 | Clerks Notice to Filer re 59 Acknowledgment of Service. **Document Not Related to Case**; CORRECTIVE ACTION REQUIRED - Filer must file a Notice of Striking, then refile the document in the appropriate case. (asl) (Entered: 02/17/2011) |
| 02/18/2011 | 61 | NOTICE of Striking *Docket Entry 59* by USA as to Gregory Welch (Beckerleg, William) Modified added link on 2/22/2011 (tp). (Entered: 02/18/2011) |
| 02/22/2011 | 62 | Clerks Notice to Filer re 61 Notice of Striking. **Document Not Linked**; ERROR - The filed document was not linked to the related docket entry. The correction was made by the Clerk. It is not necessary to refile this document. (tp) (Entered: 02/22/2011) |
| 04/11/2011 | 63 | CERTIFICATE of Readiness transmitted to USCA as to Gregory Welch re 46 Notice of Appeal - Final Judgment, USCA# 10-14649-AA (cqs) (Entered: 04/12/2011) |
| | | |

| 04/11/2011 | 64 | Certified and Transmitted Record on Appeal as to Gregory Welch to US Court of Appeals consisting of (1) Volume of Pleadings, (3) Volumes of Transcripts, (1) Envelope of Sealed documents and (1) PSI Report re 46 Notice of Appeal - Final Judgment, USCA# 10-14659-AA (cqs) (Entered: 04/12/2011) |
|---|---|---|
| 04/27/2011 | 65 | Acknowledgment of Receipt of COR/ROA from USCA as to Gregory Welch re 46 Notice of Appeal - Final Judgment, date received by USCA: 4/15/2011. USCA Case Number: 10-14649-AA. (cqs) (Entered: 04/27/2011) |
| 05/05/2011 | 66 | Acknowledgment of Service on 5/4/11 by USA as to Gregory Welch 1 Lorcin Model L 380- Caliber semi auto pistol and ammo (Beckerleg, William) (Entered: 05/05/2011) |
| 05/05/2011 | 67 | Final MOTION for Forfeiture of Property by USA as to Gregory Welch. Responses due by 5/23/2011 (Attachments: # 1 Text of Proposed Order)(Beckerleg, William) (Entered: 05/05/2011) |
| 05/06/2011 | 68 | FINAL ORDER OF FORFEITURE granting 67 Motion for Forfeiture of Property as to Gregory Welch (1). Signed by Judge Kenneth A. Marra on 5/5/2011. (ir) (Entered: 05/06/2011) |
| 09/07/2012 | 69 | MANDATE of USCA (certified copy) AFFIRM Judgment/ Order of the district court with courts opinion as to Gregory Welch re 46 Notice of Appeal - Final Judgment, ; Date Issued: 9/7/2012 ; USCA Case Number: 10-14649-AA (amb) (Entered: 09/07/2012) |
| 09/26/2012 | 70 | Appeal Record Returned as to Gregory Welch: Consisting of (1) Volume of Pldgs, (3) Volumes of Transcripts, (1) PSI and (1) Envelope containing sealed documents re 46 Notice of Appeal - Final Judgment. USCA #10-14649-AA (amb) (Entered: 09/27/2012) |
| 02/05/2013 | 71 | WRIT OF CERTIORARI DENIED by US Supreme Court as to Gregory Welch re 46 Notice of Appeal - Final Judgment, USCA # 10-14649-AA (hh) (Entered: 02/05/2013) |
| 12/20/2013 | 72 | Motion to Vacate under 28 U.S.C. 2255 by Gregory Welch (civil case number 13-62770-CIV-MARRA.) All further docketing related to the motion to vacate is to be done in the civil case. (jc) (Entered: 12/20/2013) |
| 12/09/2014 | 73 | ORDER denying 72 Motion to Vacate (2255) as to Gregory Welch (1). Signed by Judge Kenneth A. Marra on 12/8/2014. (ir) (Entered: 12/09/2014) |
| 08/28/2015 | 74 | MOTION to Reduce Sentence by Gregory Welch. Responses due by 9/14/2015. (ir) (Entered: 08/28/2015) |
| 12/15/2015 | | Attorney update in case as to Gregory Welch. Attorney Peter Vincent Birch Activated. (Birch, Peter) (Entered: 12/15/2015) |
| 12/15/2015 | 75 | MOTION for Disclosure *Motion to Permit Disclosure of Presentence Investigation Report* by Gregory Welch. Responses due by 1/4/2016 (Birch, Peter) (Entered: 12/15/2015) |

| 12/17/2015 | 76 | ORDER granting 75 Motion for Disclosure as to Gregory Welch (1). Signed by Judge Kenneth A. Marra on 12/16/2015. (ir) (Entered: 12/17/2015) |
| --- | --- | --- |
| 01/27/2016 | 77 | MOTION for Disclosure *of the Presentence Investigation Report and the Addendum to the Presentence Investigation Report* by USA as to Gregory Welch. Attorney Jennifer Andrene Keene added to party USA(pty:pla). Responses due by 2/16/2016 (Attachments: # 1 Text of Proposed Order) (Keene, Jennifer) (Entered: 01/27/2016) |
| 01/28/2016 | 78 | ORDER granting 77 Motion for Disclosure as to Gregory Welch (1). Signed by Judge Kenneth A. Marra on 1/27/2016. (ir) (Entered: 01/28/2016) |